1   ERIC MECKLEY (Bar No. 168181)
2   MORGAN, LEWIS & BOCKIUS LLP
    One Market
3   Spear Street Tower
    San Francisco, CA  94105-1596
4   Tel.: (415) 442-1000
    Fax: (415) 442-1001
5   eric.meckley@morganlewis.com
6
    PAUL D. CLEMENT (*pro hac vice*)
7   C. HARKER RHODES IV (*pro hac vice*)
    MITCHELL K. PALLAKI (*pro hac vice*)
8   CLEMENT & MURPHY, PLLC
    706 Duke Street
9   Alexandria, VA 22314
    Tel.: (202) 742-8900
10  paul.clement@clementmurphy.com
11
12  *Attorneys for Petitioner X Corp.*

13          **UNITED STATES DISTRICT COURT**

14          **SOUTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16   X CORP., | Case No. 3:25-cv-00748-W-MMP [Petition Filed: March 28, 2025] |
| 17 | |
| 18                            *Petitioner,* | **PETITIONER X CORP.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION** |
| 19 | |
| 20              v. | **[NO ORAL ARGUMENT PURSUANT TO LOCAL RULE]** |
| 21 | |
| 22 | [Declaration of Adam Mehes and Exhibits thereto filed concurrently] |
| 23   LINDSAY MCGRATH; JEFFRY YONTZ, | Judge: Honorable Thomas J. Whelan Courtroom: 3C |
| 24 | Date: May 12, 2025 |
| 25 | |
| 26                            *Respondents.* | |
| 27 | |

28

---

X'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION

## <u>NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION</u>

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, on May 12, 2025, or as soon after as the matter may be heard, Petitioner X Corp. ("X") will and hereby does move, this Court pursuant to Section 4 of the Federal Arbitration Act ("FAA"), 9 U.S.C. §4, for an Order compelling Respondents Lindsay McGrath and Jeffry Yontz (collectively, "Respondents") to arbitration in accordance with the parties' Dispute Resolution Agreement ("DRA") (Pet.Ex.1).

X seeks an order under Section 4 of the FAA compelling Respondents Lindsay McGrath and Jeffry Yontz to pursue their respective claims individually in arbitration against X before Judicial Arbitration and Mediation Services ("JAMS") and to pay their respective pro rata shares of the arbitration fees as required by Section 6 of the DRA unless and until the individual arbitrator presiding over the arbitration orders a different apportionment.

X's motion is based on this Notice, the accompanying Memorandum of Points and Authorities, X's Petition, documents incorporated by reference or subject to judicial notice, and any other materials presented at the time of the hearing.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

s/Paul D. Clement
PAUL D. CLEMENT (*pro hac vice*)
C. HARKER RHODES IV (*pro hac vice*)
MITCHELL K. PALLAKI (*pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Tel.: (202) 742-8900
paul.clement@clementmurphy.com
harker.rhodes@clementmurphy.com
mitchell.pallaki@clementmurphy.com

ERIC MECKLEY (Bar No. 168181)
MORGAN, LEWIS & BOCKIUS
LLP
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel.: (415) 442-1000
Fax: (415) 442-1001
eric.meckley@morganlewis.com

*Attorneys for Petitioner X Corp.*

April 7, 2025

X'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION - 2

Case No. 3:25-CV-00748-W-MMP