# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP.,<br><br>        Plaintiff,<br><br>v.<br><br>LINDSAY MCGRATH and JEFFRY YONTZ,<br><br>        Defendants. | Case No.: 25-CV-748 W (MMP)<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO COMPEL ARBITRATION [DOCS. 1 & 10]** |

On April 4, 2025, Plaintiff X Corp. filed a motion to compel arbitration. (*Mtn.* [Doc. 10].) To date, Defendants Lindsay McGrath and Jeffry Yontz have not opposed the motion or otherwise requested additional time in which to respond to Plaintiff's motion. Therefore, the Court will grant Plaintiff's motion based on Defendants' failure to oppose. Civil Local Rule 7.1(f)(3)(c) expressly provides that "[i]f an opposing party fails to file papers in the manner required by Local Rule 7.1(e)(2), that failure may constitute a consent to the granting of that motion or other ruling by the court."

Thus, the Court **GRANTS** X Corp.'s motion [Docs. 1 & 10] and **ORDERS** Lindsay McGrath and Jeffry Yontz to arbitrate their respective claims against X Corp. Each party shall pay their individual shares of the arbitration fees.

**IT IS SO ORDERED**

Dated:  May 8, 2025

Hon. Thomas J. Whelan
United States District Judge