SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice forthcoming*)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801

PAUL D. CLEMENT (*pro hac vice*)
C. HARKER RHODES IV (*pro hac vice*)
MITCHELL K. PALLAKI (*pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Tel.: (202) 742-8900
paul.clement@clementmurphy.com
harker.rhodes@clementmurphy.com
mitchell.pallaki@clementmurphy.com

ERIC MECKLEY (Bar No. 168181)
MORGAN, LEWIS & BOCKIUS LLP
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel.: (415) 442-1000
Fax: (415) 442-1001
eric.meckley@morganlewis.com

*Attorneys for Respondents*

*Attorneys for Petitioner*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X CORP. | Case No. 25-CV-748-W-MPP |
| Petitioner, | |
| v. | **JOINT MOTION TO VACATE ORDER** |
| LINDSAY MCGRATH, et al., | Judge:          Hon. Thomas J. Whelan |
| Respondents. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respondents, Lindsay McGrath and Jeffry McGrath, filed demands for arbitration with Judicial Arbitration and Mediation Services ("JAMS") alleging claims against Petitioner X Corp. f/k/a Twitter, Inc. ("X Corp.") stemming from Elon Musk's purchase of the company in 2022.

On March 28, 2025, X Corp. filed its petition to compel arbitration against Respondents. (Dkt. 1.) On April 7, 2025, X Corp. filed its motion to compel arbitration and supporting memorandum of law. (Dkt. 9, 10.) X Corp. sent copies of its petition, motion, and memorandum to Respondents' counsel on April 18, 2025, and Respondents agreed to waive service. (Dkt. 12.) As such, Respondents' response to the petition was due June 17, 2025.

Additionally, the parties agreed to set a briefing schedule for Respondents to file their response to the motion, and for X Corp. to file its reply. Specifically, the parties agreed that Respondent's response would be due on May 30, 2025, and X Corp.'s reply would be due three weeks later on June 20, 2025.

On May 8, 2025, the Court granted X Corp.'s motion to compel arbitration because Respondents had not opposed it. (Dkt. 13.)

The parties have agreed to allow briefing to go forward on X Corp.'s motion to compel arbitration pursuant to their previously agreed upon briefing schedule.

WHEREFORE, the parties respectfully request that the Court vacate its order granting X Corp.'s motion to compel arbitration (Dkt. 13). The parties further request that the Court set the following briefing schedule: (1) Respondents' response in opposition to Petitioner's motion to compel arbitration to be due May 30, 2025; (2) Petitioner's reply in support of its motion to compel arbitration to be due June 20, 2025.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Lindsay McGrath, *et al.*, Respondents,

By their attorneys,

/s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice forthcoming*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llrlaw.com; bmanewith@llrlaw.com;
jbartholet@llrlaw.com

X Corp., Petitioner,

By its attorneys,

/s/Paul D. Clement
PAUL D. CLEMENT (*pro hac vice*)
C. HARKER RHODES IV (*pro hac vice*)
MITCHELL K. PALLAKI (*pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Tel.: (202) 742-8900
paul.clement@clementmurphy.com
harker.rhodes@clementmurphy.com
mitchell.pallaki@clementmurphy.com

ERIC MECKLEY (Bar No. 168181)
MORGAN, LEWIS & BOCKIUS
LLP
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel.: (415) 442-1000
Fax: (415) 442-1001
eric.meckley@morganlewis.com

Dated:        May 28, 2025

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2025, a true and accurate copy of the foregoing

document was filed via this Court's CM/ECF system, which serves a copy on all parties of

record.


s/Paul D. Clement
Paul D. Clement