UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP.,<br><br>                    Petitioner,<br><br>v.<br><br>LINDSAY MCGRATH et al.,<br><br>                    Respondents. | Case No.: 25-CV-748 W (MPP)<br><br>**ORDER GRANTING JOINT MOTION TO VACATE AND SETTING BRIEFING SCHEDULE [DOC. 14]** |

      Pending before the Court is a joint motion [Doc. 14] to vacate the Court's order granting X Corp.'s motion to compel arbitration. Having considered the moving papers and having found good cause, the Court **GRANTS** the joint motion and **VACATES** the order granting X Corp.'s motion to compel arbitration [Doc. 13]. The Court sets the following briefing schedule: (1) Respondent's response in opposition to Petitioner's motion to compel arbitration shall be due on or before **May 30, 2025**; (2) Petitioner's reply shall be due on or before **June 20, 2025**.

      **IT IS SO ORDERED.**

Dated: May 28, 2025

_____
Hon. Thomas J. Whelan
United States District Judge