| | |
|---|---|
| ERIC MECKLEY (Bar No. 168181)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market<br>Spear Street Tower<br>San Francisco, CA  94105-1596<br>Tel.: (415) 442-1000<br>Fax: (415) 442-1001<br>eric.meckley@morganlewis.com | |
| PAUL D. CLEMENT (*pro hac vice*)<br>C. HARKER RHODES IV (*pro hac vice*)<br>MITCHELL K. PALLAKI (*pro hac vice*)<br>CLEMENT & MURPHY, PLLC<br>706 Duke Street<br>Alexandria, VA 22314<br>Tel.: (202) 742-8900<br>paul.clement@clementmurphy.com | SHANNON LISS-RIORDAN, BAR NO. 310719 LICHTEN & LISS-RIORDAN, P.C. 729 BOYLSTON STREET, SUITE 2000 BOSTON, MA 02116<br>TEL: +1.617.994.5800<br>FAX: +1.617.994.5801<br>sliss@llrlaw.com |
| *Attorneys for Petitioner X Corp.* | *Attorney for Respondents Lindsay McGrath, and Jeffry Yontz* |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X CORP.,<br><br>  *Petitioner*,<br><br>  v.<br><br>LINDSAY MCGRATH; JEFFRY YONTZ,<br><br><br><br>  *Respondents*. | Case No. 3:25-cv-00748-W-MMP<br>[Petition Filed: March 28, 2025]<br><br>**JOINT MOTION TO MODIFY BRIEFING AND HEARING SCHEDULE REGARDING RESPONDENTS' MOTION FOR SANCTIONS**<br><br>Judge: Hon. Thomas J. Whelan |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rules 7.1(g) and 7.2, Petitioner X Corp. and Respondents Lindsay McGrath (collectively Respondents), by and through their undersigned counsel, hereby jointly move for a revised briefing schedule on Respondents' Motion for Sanctions (ECF No. 16) as follows:

On March 28, 2025, Petitioner initiated this action by filing a Petition to Compel Arbitration (ECF No. 1). On April 7, 2025, Petitioner filed a Motion to Compel Arbitration and a supporting memorandum of points and authorities (ECF Nos. 9, 10). On May 29, 2025, pursuant to a proposed briefing schedule set forth in the parties' Joint Motion to Vacate (ECF No. 14), the Court set a briefing schedule with respect to Petitioner's Motion to Compel (ECF No. 15), such that Respondents' opposition to the Motion to Compel was due on May 30, 2025, and Petitioner's reply in support of its Motion to Compel is currently due on June 20, 2025.

On May 29, 2025, Respondents filed a Motion for Sanctions (ECF No. 16) and noticed the motion for a hearing on July 7, 2025. Accordingly, pursuant to Local Civil Rule 7.1(e)(2)-(3), Petitioner's response in opposition to the Motion for Sanctions is due Monday, June 23, 2025, and any replies in support of the Motion for Sanctions by Respondents are due by Monday, June 30, 2025.

The parties have agreed that a briefing schedule departing from that set forth in Local Civil Rule 7.1(e) would further promote the orderly and efficient disposition of the Motion for Sanctions, and the parties have agreed to set the following briefing schedule: Petitioner's deadline to file its response in opposition

- 1 -

to the Motion for Sanctions will be June 26, 2025, and Respondents' deadline to file any reply in support of the Motion for Sanctions would be three weeks later on July 17, 2025. Further, the parties have agreed that the Court's consideration of Petitioner's Motion to Compel in conjunction with its consideration of Respondents' Motion for Sanctions would promote the orderly and efficient disposition of this matter. Accordingly, the parties also request a consolidated hearing date so that both motions may be heard together at the Court's convenience.

WHEREFORE, the parties respectfully request that the Court set the following briefing and hearing schedule with respect to Respondents' Motion for Sanctions (ECF No. 16): (1) Petitioner's deadline to file its response in opposition to the Motion for Sanctions will be June 26, 2025; (2) Respondents' deadline to file any reply in support of the Motion for Sanctions will be July 17, 2025; and (3) Respondents' Motion for Sanctions shall be heard together with Petitioner's Motion to Compel Arbitration on a consolidated hearing date that is set at a time convenient to the Court.

| | |
|---|---|
| Dated: June 18, 2025 | Respectfully submitted,<br><br>s/Paul D. Clement<br>PAUL D. CLEMENT (*pro hac vice*)<br>C. HARKER RHODES IV (*pro hac vice*)<br>MITCHELL K. PALLAKI (*pro hac vice*)<br>CLEMENT & MURPHY, PLLC<br>706 Duke Street<br>Alexandria, VA 22314<br>Tel.: (202) 742-8900<br>paul.clement@clementmurphy.com<br>harker.rhodes@clementmurphy.com<br>mitchell.pallaki@clementmurphy.com<br><br>ERIC MECKLEY (Bar No. 168181)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market<br>Spear Street Tower<br>San Francisco, CA  94105<br>Tel.: (415) 442-1000<br>Fax: (415) 442-1001<br>eric.meckley@morganlewis.com<br><br>*Attorneys for Petitioner X Corp.* |

- 3 -

JOINT MOTION TO MODIFY BRIEFING SCHEDULE FOR RESPONDENTS'
MOTION FOR SANCTIONS

Case No. 3:25-cv-00748-W-MMP

Dated: June 18, 2025

Respectfully submitted,

<u>s/Shannon Liss-Riordan</u>
SHANNON LISS-RIORDAN, BAR NO. 310719 LICHTEN & LISS-RIORDAN, P.C. 729 BOYLSTON STREET, SUITE 2000
BOSTON, MA 02116
TEL: +1.617.994.5800
FAX: +1.617.994.5801
sliss@llrlaw.com

*Attorney for Respondents Lindsay McGrath, and Jeffry Yontz*

- 4 -
JOINT MOTION TO MODIFY BRIEFING SCHEDULE FOR RESPONDENTS' MOTION FOR SANCTIONS

Case No. 3:25-cv-00748-W-MMP

## CERTIFICATE OF SERVICE

I hereby certify that on 18th of June, 2025, a true and accurate copy of the foregoing document was filed via this Court's CM/ECF system, which serves a copy on all parties of record.

Dated: June 18, 2025                    s/Paul D. Clement
                                                                         Paul D. Clement

## CERTIFICATE OF APPROVAL FOR JOINT FILING

I hereby certify that the contents of this joint motion are acceptable to Shannon Liss-Riordan, attorney for Respondents Lindsay McGrath and Jeffry Yontz, who has authorized me to electronically sign this pleading on her behalf pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California §2(f)(4).

Dated: June 18, 2025                    s/Paul D. Clement
                                                                         Paul D. Clement