1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

X CORP.,

                               Case No.:  25-CV-748 W (MMP)

12

                   Petitioner,

**ORDER GRANTING JOINT MOTION**

13

v.

**TO MODIFY BRIEFING AND**
**HEARING SCHEDULE [DOC. 18]**

14

LINDSAY MCGRATH and JEFFRY
YONTZ,

15
16

                   Defendants.

17
18
19

//

20

//

21

//

22

//

23

      Pending before the Court is a joint motion to modify the current briefing and

24

hearing schedules.  Having reviewed the moving papers and good cause appearing, the

25

Court **GRANTS** the joint motion [Doc. 18].  The schedules are modified as follows:

26

Petitioner's deadline to file its response in opposition to the Motion for Sanctions will be

27

**June 26, 2025**; Respondent's deadline to file any reply in support of the Motion for

28

Sanctions will be **July 17, 2025**.  Under this Court's local rules, both motions will be

25-CV-748 W (MMP)

1  decided on the papers without oral argument.  Therefore, the Court will decline to

2  consolidate the hearing dates for both motions.

3      **IT IS SO ORDERED.**

4  Dated:  June 23, 2025

5

6                                    Hon. Thomas J. Whelan

7                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

25-CV-748 W (MMP)