# EXHIBIT 2

1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6 | NIMIT ACHARYA, et al.,

7 |         Petitioners,

8 |    v.

9 | TWITTER, INC.; and X CORP.,

10 |         Respondents.

C25-0659 TSZ

ORDER AND JUDGMENT

11      THIS MATTER comes before the Court on petitioners' motion to compel

12 arbitration, docket no. 12.  Having reviewed all papers filed in support of and in

13 opposition to the motion, and having concluded that oral argument would not be

14 beneficial, the Court ORDERS and ADJUDGES as follows:

15      (1)    Petitioners' motion to compel arbitration, docket no. 12, is GRANTED.

16      (2)    Judgment is hereby ENTERED in favor of petitioners and against

17 respondents Twitter, Inc. ("Twitter") and X Corp. ("X").

18      (3)    Respondents Twitter and X are hereby ORDERED to participate in the

19 arbitrations that have been filed against them.  Respondents are further ORDERED to pay

20 all arbitration fees consistent with determinations made and applicable rules set forth by

21 Judicial Arbitration and Mediation Services ("JAMS") and the American Arbitration

22 Association ("AAA").

23

ORDER AND JUDGMENT - 1

1   (4)   All relief sought in the petition in this matter having been granted, the Clerk

2   is DIRECTED to CLOSE this case.  The Clerk is further DIRECTED to send a copy of

3   this Order and Judgment to all counsel of record.

4   IT IS SO ORDERED.

5   Dated this 1st day of August, 2025.

6

7

8   Thomas S. Zilly
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23