| | |
|---|---|
| Eric Meckley (Bar No. 168181)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market<br>Spear Street Tower<br>San Francisco, CA 94105-1596<br>Tel.: (415) 442-1000<br>Fax: (415) 442-1001<br>eric.meckley@morganlewis.com | |
| Paul D. Clement (*pro hac vice*)<br>C. Harker Rhodes IV (*pro hac vice*)<br>Mitchell K. Pallaki (*pro hac vice*)<br>CLEMENT & MURPHY, PLLC<br>706 Duke Street<br>Alexandria, VA 22314<br>Tel.: (202) 742-8900<br>paul.clement@clementmurphy.com | Shannon Liss-Riordan, Bar No. 310719 LICHTEN & LISS-RIORDAN, P.C. 729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Tel: +1.617.994.5800<br>Fax: +1.617.994.5801<br>sliss@llrlaw.com |
| *Attorneys for Petitioner X Corp.* | *Attorney for Respondents Lindsay McGrath, and Jeffry Yontz* |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP.,<br><br>Petitioner,<br><br>v.<br><br>Lindsay McGrath; Jeffry Yontz,<br><br>Respondents. | Case No. 3:25-cv-00748-W-MMP<br>[Petition Filed: March 28, 2025]<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST TO HOLD PENDING MOTIONS IN ABEYANCE**<br><br>Judge: Hon. Thomas J. Whelan |

Petitioner X Corp. ("X") and Respondents Lindsay McGrath and Jeffry Yontz (collectively "Respondents"), by and through their undersigned counsel, hereby notify the Court that the parties have reached a settlement in principle of this matter and are in the process of memorializing the settlement terms in a written agreement. The parties anticipate filing a stipulated dismissal under Rule 41 shortly after executing their final written settlement agreement. Accordingly, the parties jointly request that the Court hold Peittioner's Motion to Compel (Dkt.10) and Respondents' Motion for Sanctions (Dkt.16) in abeyance and refrain from resolving those pending motions while the parties finalize their written settlement agreement.

| | |
|---|---|
| Dated: August 26, 2025 | Respectfully submitted, |
| | |
| | s/Paul D. Clement |
| | PAUL D. CLEMENT (*pro hac vice*) |
| | C. HARKER RHODES IV (*pro hac vice*) |
| | MITCHELL K. PALLAKI (*pro hac vice*) |
| | CLEMENT & MURPHY, PLLC |
| | 706 Duke Street |
| | Alexandria, VA 22314 |
| | Tel.: (202) 742-8900 |
| | paul.clement@clementmurphy.com |
| | harker.rhodes@clementmurphy.com |
| | mitchell.pallaki@clementmurphy.com |
| | |
| | ERIC MECKLEY (Bar No. 168181) |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | One Market |
| | Spear Street Tower |
| | San Francisco, CA  94105 |
| | Tel.: (415) 442-1000 |
| | Fax: (415) 442-1001 |
| | eric.meckley@morganlewis.com |
| | |
| | *Attorneys for Petitioner X Corp.* |

1  Dated: August 26, 2025                Respectfully submitted,

3                                        s/Shannon Liss-Riordan
                                         SHANNON LISS-RIORDAN, BAR NO.
4                                        310719 LICHTEN & LISS-
                                         RIORDAN, P.C. 729 BOYLSTON
5                                        STREET, SUITE 2000
6                                        BOSTON, MA 02116
                                         TEL: +1.617.994.5800
7                                        FAX: +1.617.994.5801
8                                        sliss@llrlaw.com

9                                        *Attorney for Respondents Lindsay
10                                       McGrath, and Jeffry Yontz*

- 3 -
NOTICE OF SETTLEMENT AND JOINT REQUEST TO HOLD PENDING MOTIONS IN ABEYANCE
Case No. 3:25-cv-00748-W-MMP

**CERTIFICATE OF SERVICE**

I hereby certify that on 26th of August, 2025, a true and accurate copy of the foregoing document was filed via this Court's CM/ECF system, which serves a copy on all parties of record.

Dated: August 26, 2025        s/Paul D. Clement
                              Paul D. Clement

**CERTIFICATE OF APPROVAL FOR JOINT FILING**

I hereby certify that the contents of this notice are acceptable to Shannon Liss-Riordan, attorney for Respondents Lindsay McGrath and Jeffry Yontz, who has authorized me to electronically sign this document on her behalf pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California §2(f)(4).

Dated: August 26, 2025        s/Paul D. Clement
                              Paul D. Clement