UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP,<br><br>                      Petitioner,<br><br>v.<br><br>LINDSAY MCGRATH, et al.,<br><br>                      Respondents. | Case No.: 25-cv-0748-W-MMP<br><br>**ORDER TERMINATING PENDING MOTION [DOC. 16]** |

      Pending before the Court is Respondents' motion for sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure. (Doc. 16.) The parties, however, have reached a settlement [Doc. 29], rendering resolution of the motion unnecessary. Therefore, Respondents' motion is **TERMINATED** without prejudice.

      **IT IS SO ORDERED.**

Dated:  October 21, 2025

                                                      Hon. Thomas J. Whelan<br>
                                                      United States District Judge